# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Matthew S. Harris, #157334,   ) | |
| ) | C/A No.: 6:12-3462 DCN |
| Petitioner,   ) | |
| ) | |
| vs.   ) | |
| ) | **ORDER** |
| Mr. Willie L. Eagleton, Warden of Evans   ) | |
| Correctional Institution, SCDC; SC   ) | |
| Attorney General,   ) | |
| ) | |
| Respondents.   ) | |

This matter is before the court pursuant to plaintiff's Motion for Reconsideration of the Order affirming the Magistrate Judge's Report and Recommendation, dismissing the petition without prejudice and without requiring respondents to file an answer or return. This motion was filed on January 25, 2013. After a review of the record, it is therefore

**ORDERED**, that the petitioner's Motion for Reconsideration is **DENIED.**

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

February 15, 2013
Charleston, South Carolina